

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

SEP 06 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

BENJAMIN WILLIAMS
ANTHONY ROBINSON
ANTWAN ELLIOTT
DAMIEN WILLIAMS
DEVON SMITH
DEVIN ALDGERS
MARCOS MALVAIS
BLAIZE DEAN
DESMOND THOMPSON
JARRED SHELTN
YAKL LEE
WILLIARD WRIGHT
ANTHONY CROSS
DESHAEUN JCHNSON
REGINALD JACKSON
JOSEPH JACKSON
DAVID MALDONADO
PEDRO RAMIREZ
JUAN ALBERTO CARO MARIN
OJVPIDO ARIAS
JEREMIAN NIEVES
WILLIAN PACHECO
DHRISTICN MCBRIDE
VICTOR TORVES
VICBNTE MEHDOZA
RYAN RODGERS

CASE : 1:19-CV-04050
JUDGE, SARA L. ELLIS

MAGISTRATE JUDGE
SHEILA M. FINNEGAN

AMMENDING COMPLAINL
CLASS ACTION

1,

DANGLO GARZIA
SHAWNDRE LEHMAN
ANTONIO HICKS
CURTIS CONNER
ANTHONY CULPEPPER
ANTHONY MORRE
TERRAN JACKSON
ISREAL TAYllOR
CARL WILSON
ERIC GATES
REGINALD BIVINS
MATTHOWS ANGELO
BARRY SMITH
CURTIS NELSON
SOLOMON XINERMAN
DEIONTAYE HAYNES
LEVERT BONNES
UPTON JARQUISE
DREW LOGAN
GERMEL DOSSIE
DIAMANTE KAZEE
VICTOR WILSON
ANTONIO HENDERSON
DEANGELO OWENS
ALLEN RADFORD
RICKY FISHER
MILTAN CINELEUSON
RONELO WILLIAMSON
2    ANTHONY DAVIS

NATHAN MATTHEWS
COREY STONER
LAUELLE HAYES
RICKEY ROYAL
MARCAE ROGERS
ROBERT STONE
MICHAEL LASTER
COREY STEWART
GEORGE ANDERSON
DEON CLOPTON
SAMUEL MULLER
JAQUAN WASHINGTON
GERRASE PRUETT
RAYMOND MCCLURE
ANTHONY TIMBCOTAKE
TYRESE DELL
LEONARD SMALL
PAUL PAGAN
THADDEUS JIMENZ
KENNETN DAGBY
DESHAWN DROWN
MANUEL GAWA
CARLOS RUIZ
TREVOR KEITH
STEVON BROWNEY
PLAINTFF (S)
   -V.S-

THOMAS J, DART
JOHN MUELLER

3

L, HAMPTON
, TYLOR
D, CALDEROUE
, MARTIEZ
, DORAN
, IBARRA
COOK COUNTY SHERIFF OFFICE
COOK COUNTY DEPARTMENT OF CORRECTIONS
D, VALENTIN
D, ZIMNY
S, DAVIS
I, SANCHEZ
, DURAN
A, SOUEO
, MELLER
M, RUDNICK
, KLIMEK
J, SANCHEZ 02
E, SANTANA
R, RODRIGUEZ 06
R, DIAZ
M, BREWER
D, SCHICKEL
A, GARCIA
M, FAFROWICZ
J, ARRIAGA
C, MENEFEE
4,)  C, KELLY
J, PATZ

J, PERKINS
, MARTINICK
, GOTAY
, SRODUISKI
, HARVEY
, SEATON
, ZAMESFU
, MATTHEW
, POWELL
, WARD
ERLK ROEDEL
RENEE HUBBS
DEFENDANTS(S)

COMPLAINT UNDER THE CIVIL ACT, TITLE 42
SECTION 1983 U.S. CODE (STATE, COUNTY, OR
MUNICIPALL DEFENDANTS)

PLAINTIFF(S) BENJAMIN WILLIAMS
20180326177
COOK COUNTY JAIL
P.O. BOX 089002 CHICAGO IL 60608

ANTHONY ROBINSON
20190101100
COOK COUNTY JAIL
P.O. BOX 089002 CHICAGO IL 60608

5,

ANTWAN ELLIOTT
20150324214
COOK COUNTY JAIL
P.O. BOX 089002 CHICAGO IL 60608

DAMIEN WILLIAMS
20190119123
COOK COUNTY JAIL
P.O. Box 089002 CHICAGO IL 60608

DEVON SMITH
20180417180
COOK COUNTY JAIL
P.O. Box 089002 CHICAGO IL 60608

DEVIN ALDRIDGE
20140809127
COOK COUNTY JAIL
P.O. Box 089002 CHICAGO IL 60608

RYAN RODGERS
20180913015
COOK COUNTY JAIL
P.O. Box 089002 CHICAGO IL 60608

MARCOS MALVAIS
20180413219
6) COOK COUNTY JAIL
P.O. Box 089002 CHICAGO IL 60608

BLAIZE DEAN
20180524165
COOK COUNTY JAIL
P.O. Box 089002 CHICAGO IL 60608

DESMOND THOMPSON
20180120084
COOK COUNTY JAIL
P.O. Box 089002 CHICAGO IL 60608

JABBEO SHELTN
20171019006
COOK COUNTY JAIL
P.O. Box 089002 CHICAGO IL 60608

YAKL LEE
20170719063
COOK COUNTY JAIL
PO BOX 089002 CHICAGO IL 60608

WILLIABD WRIGHT
20170505133
COOK COUNTY JAIL
P.O. Box 089002 CHICAGO IL 60608

ANTHONY CROSS
COOK COUNTY JAIL
P.O. Box 089002 CHICAGO IL 60608

7,

DESHAEUN JOHNSON
2015022044 5
COOK COUNTY JAIL
P.O. Box 089002 CHICAGO IL 60608

ANTHONY MOBRE
2016121015b
COOK COUNTY JAIL
P.O. Box 089002 CHICAGO IL 60608

TERRAN JACKSON
20190326010
COOK COUNTY JAIL
P.O. Box 089002 CHICAGO IL 60608

ISREAL TAYLLOR
20150306183
COOKS COUNTY JAIL
P.O. Box 089002 CHICAGO IL 60608

CARL WILSON
20180804070
COOK COUNTY JAIL
P.O. Box 089002 CHICAGO IL 60608

EIUC GATES
20180717035
8,  COOK COUNTY JAIL
P.O. Box 089002 CHICAGO IL 60608

REGINAID BIVNS
20180501144
COOK COUNTY JAIL
P.O. BOX 089002 CHICAGO IL 60608

REGINALD JACKSON
2017031J189
COOK COUNTY JAIL
PO BOX 089002 CHICAGO IL 60608

JOSEPH JACKSON
20170903127
COOK COUNTY JAIL
P.O. BOX 089002 CHICAGO IL 60608

DAVIO MALDONADO
20170707148
COOK COUNTY JAIL
P.O. BOX 089002 CHICAGO IL 60608

PEDRO RAMIREZ
20180517020
COOK COUNTY JAIL
P.O. BOX 089002 CHICAGO IL 60608

JUAN ALBERTO CARO MARIN
20190412071
COOK COUNTY JAIL
P.O. BOX 089002 CHICAGO IL 60608

9

OJVPLOO ARIAS
2017102O122
COOK COUNTY JAIL
P.O. Box 089002 CHICAGO IL 60608

JEREMIAH NIEVES
20160226217
COOK COUNTY JAIL
P.O. Box 089002 CHICAGO IL 60608

WILLIAN PACHECO
20170223088
COOK COUNTY JAIL
P.O. Box 089002 CHICAGO IL 60608

DHRISTICN McBRIDE
2017020411l
COOK COUNTY JAIL
PO Box 089002 CHICAGO IL 60608

VICTOR TORVES
2018021J016
COOK COUNTY JAIL
PO Box 089002 CHICAGO IL

VICRNTE MEHDOZA
2015121911S
COOK COUNTY JAIL
P.O. Box 089002 CHICAGO IL 60608

10

DANGLO GARZIA
20170310133
COOK COUNTY JAIL
P.O. BOX 089002 CHICAGO IL 60608

SHAWNORE LEHMAN
20180206131
COOK COUNTY JAIL
P.O. DOX COUNTY JAIL
P.O. DOX 089002 CHICAGO IL 60608

ANTONIO HICKS
20170225140
COOK COUNTY JAIL
P.O. BOX 089002 CHICAGO IL 60608

CURTIS CONNER
20170415036
COOK COUNTY JAIL
P.O. BOX 089002 CHICAGO IL 60608

ANTHONY CULPEPES
20170918200
COOK COUNTY JAIL
P.O. BOX 089002 CHICAGO IL 60608

10,

MATTHEWS ANGELO
12 1108 - 295
COOK COUNTY JAIL
P.O. Box 089002 CHICAGO IL 60608

BARRY SMITH
20180609103
COOK COUNTY JAIL
Po Box 089002 CHICAGO IL 60608

CURTIS NELSON
20180104003
Cook COUNTY JAIL
P.O. Box 089002 CHICAGO IL 60608

Solomon KINERMAN
20180926211
COOK COUNTY JAIL
P.O. Box 089002 CHICAGO IL 60608

DEIONTAYE HAYNES
20170709156
cook COUNTY JAIL
P.O. Box 089002 CHICAGO IL 60608

LEVERT BONNES
2019 0423249
Cook COUNTY JAIL
P.O. Box 089002 CHICAGO IL 60608

12

UPTON JARQUISE
2018 0723012
COOK COUNTY JAIL
P.O. BOX 089002 CHICAGO IL 60608

DREW LOGAN
2018 0110128
COOK COUNTY JAIL
P.O. BOX 089002 CHICAGO 60608

GERMEL DOSSIE
20151229105
COOK COUNTY JAIL
P.O. BOX 089002 CHICAGO 60608

DIAMANTE KAZEE
2018 0317133
COOK COUNTY JAIL
PO BOX 089002 CHICAGO 60608

VICTOR WILSON
2013042505 4
COOK COUNTY JAIL
PO BOX 089002 CHICAGO 60608 IL

TYRESE DELL
2013 0112169
COOK COUNTY JAIL
PO BOX 089002 CHICAGO 60608 IL

13

LEONARD SMALL
2013 0515182
COOK COUNTY JAIL
P.O. BOX 089002 CHICAGO IL 60608

THADDEUS JIMENEN
2015 0819155
COOK COUNTY JAIL
PO BOX 089002 CHICAGO IL 60608

PAUL PAJGAN
2016 0827195
COOK COUNTY JAIL
PO BOX 089002 CHICAGO IL 60608

KENNETH BAGDY
20190201107
COOK COUNTY JAIL
PO BOX 089002 CHICAGO IL 60608

DESHAWN BROWN
20171107010
COOK COUNTY JAIL
PO BOX 089002 CHICAGO IL 60608

MANUEL GAYA
2016 6722204
COOK COUNTY JAIL
PO BOX 089002 CHICAGO IL 60608

14,

CARLOS RUIZ
20180630107
COOK COUNTY JAIL
P.O. BOX 089002 CHICAGO IL 60608


TREVOR KEITH
2017114017
COOK COUNTY JAIL
P.O. BOX 089002 CHICAGO ILL 60608


STEVON BROWNEY
2014 9016191
COOK COUNTY JAIL
PO BOX 089002 CHICAGO ILL 60608


PLAINTIFF (S)


    V.
DEFENDANTS


THOMAS J, DART
HEAD SHERIFF'S
COOK COUNTY JAIL, 27,00 S, CALIFORNIA AVE
CHICAGO IL 60608


JOHN MUELLER
DIRECTOR (SHERIFF'S
COOK COUNTY JAIL    2700 S CALIFORNIA AVE
CHICAGO IL 60608

15

L HAMPTON
CRW SUPERVISOR SOCIAL SERVICES DIVISION 9
2834 W. 31ST. CHICAGO IL 60608 COOK COUNTY JAIL

TYloR
CRW CORRECTIONAL REHABILITION DIVISION 9
2834 W. 31 ST CHICAGO IL 60608 COOK COUNTY JAIL

D, CALDERONE
LT #729
2834 W. 31 ST CHICAGO IL 60608 DIVISION 9 COOK COUNTY JAIL

16

,MARTIEZ
LT an DIVISION 9
2834 W. 31 ST CHICAGO IL 60608


,DURAN
SGT AN DIVISION 9 # 3244
2834 W. 31 ST CHICAGO IL 60608


,IBARRA
SGT #3245 AN DIVISION 9
2834 W. 31 ST CHICAGO IL 60608


COOK COUNTY SHERIFF OFFICE /CCSO
SHERIFF OFFICIAL CAPACITY
COOK COUNTY JAIL 2700 S,CALFORNIA CHICAGO IL 60608


COOK COUNTY DEPARTMENT OF CORRECTIONS
CCOOC /COOK COUNTY DEPARTMENT OF CORRECTIONS
COOK COUNTY JAIL 2700 S,CALFORNIA CHICAGO IL 60608


D,VALENTIN
SGT #3283 DIVISION 9
2834 W. 31 ST CHICAGO IL 60608


D,ZIMNY
LT # 620 DIVISION 9
2834 W. 31 ST CHICAGO IL 60608

17

S, DAVIS
CRW CORRECTIONAL REHBILITION WORKERS  DIVISION 9
2834 W. 31 ST CHICAGO IL 60608  COOK COUNTY JAIL

I, SANCHEZ,
LT #202  DIVISION 9
2834 W. 31 ST CHICAGO IL 60608

A, SQUEO
SGT # 3257 DIVISION 9
2834 W. 31 ST CHICAGO IL 60608

, MELLER
SGT #3298  DIVISION 9
2834 W. 31 ST CHICAGO IL 60608

M, RUDNICK
SGT # 3254 DIVISION 9
2834 W. 31 ST CHICAGO IL 60608

S, KLIMEK
SGT # 3222 DIVISION 9
2834 W. 31 ST CHICAGO IL 60608

J, SANCHEZ 02
DEPUTY # 17193
2834 W. 31 ST CHICAGO IL 60608

18,

E, SANCTANA
DEPUTY #17901
2834 W 31 ST. CHICAGO IL 60608


R, RODRIGUEZ 06
DEPUTY / ERT
2834 W. 31 ST. CHICAGO IL 60608


R, DIAZ
DEPUTY # / ERT
2834 W 31 ST. CHICAGO IL 60608


M, BREWER
DEPUTY/ ERT
2834 W 31 ST. CHICAGO IL 60608


D, SCHICKEL
DEPUTY / ERT
2834 W 31 ST. CHICAGO IL 60608


A, GARCIA
2834 W 31 ST. CHICAGO IL 60608
DEPUTY / ERT


M, FAFROWICZ
DEPUTY # 17288 / ERT
2834 W 31 ST. CHICAGO IL 60608

19,

J, ARRIAGA
DEPUTY / ERT
2834 W 31 ST. CHICAGO IL 60608

C, MENEFEE
DEPUTY / ERT
2834 W 31 ST. CHICAGO IL 60608

C, KELLY
DEPUTY / ERT
2834 W 31 ST. CHICAGO IL 60608

J, PERKINS
DEPUTY / ERT
2834 W 31 ST. CHICAGO IL 60608

J, PATZ
DEPUTY / ERT
2834 W 31 ST. CHICAGO IL 60608

, MARTINICK
DEPUTY OR LT # 634
2834 W 31 ST. CHICAGO IL 60608

, GOTAY
SGT
2834 W 31 ST CHICAGO IL 60608

20

,SRODUISKI
SMU DEPUTY
2834 W. 31 ST CHICAGO IL 60608   COOK COUNTY JAIL


,HARVEY
SMU DEPUTY
2834 W. 31 ST CHICAGO IL 60608 COOK COUNTY JAIL


,SEATON
SMU DEPUTY
2834 W. 31 ST CHICAGO IL 60608 COOK COUNTY JAIL


,ZAMESFU
SMU DEPUTY
2834 W. 31 ST CHICAGO IL 60608 COOK COUNTY JAIL


,MATTHEW
SMU DEPUTY
2834 W. 31 ST CHICAGO IL 60608 COOK COUNTY JAIL


,POWELL
SMU DEPUTY
2834 W. 31 ST CHICAGO IL 60608 COOK COUNTY JAIL


,WARD
SMU DEPUTY
2834 W. 31 ST CHICAGO IL 60608 COOK COUNTY JAIL

21,

EBLK BOEDEL
CCSPD / K9 U19
2834 W. 31 ST CHICAGO IL 60609 COOK COUNTY JAIL

RENEE HUBBS
SHERIFF'S
COOK COUNTY JAIL 2700 S CALIFORNIA AVE
CHICAGO IL 60608

22

For months, and possibly years, the Division 9 pre-trial detainees of the Cook County Department of Corrections (CCDOC) have been suffering from inhuman conditions of living, from lack of cleaning supplies to clean our living space which leads to the accumulation of mice and rodents to mold in the showers which can cause sicknesses. One in particular we deem "critical" and a threat to a safety and healthy environment is our deprivation of adequate and complete mattresses, so we can sleep peacefully. What we've been given to sleep on is not a mattress that has plastic over them and can be cleaned and disinfected, but pieces of cotton which amounts to merely a portion of a complete sufficient, standard institutional mattress. It is believed that the full complete mattresses we're suppose to be given were replaced for the cotton in order to increase quantity to save money and to prevent the purchase of brand new, adequate mattresses. Furthermore, this problem is non-existent in other divisions, such as Division 11, or the Residential Treatment Unit (R.T.U) in Division 8. This, also, leads us to believe these conditions are forced upon us because of our security status and our placement here in CCDOC. It is the duty of CCDOC, or/and IDOC, to protect inmates from any potential diseases that might arrive if they are made aware of the possible occurrence and failure, to a failure to make ever a reasonable effort to do so would result in an eighth Amendment claim for failure to protect and a deliberate indifference to the inmates health and safety. These pieces of cotton is constantly dragged around the floor as each detainee move throughout the compound, collecting dust, dirt, and other forms of bacteria that can't be removed. These cottons can contain T.B., Mersa, and

22,

OTHER BACTERIA THAT CAN LEAD TO SKIN CANCER AND
SICKNESSES THAT IS THE RESULT OF NOT BEING ABLE
TO CLEAN AND DISINFECT A PARTICULAR THING
OR LIVING SPACE. THIS IS A VIOLATION OF THE
UNITED STATES CONSTITUTION AMEND. VIII, CRUEL
AND UNUSUAL PUNISHMENT AND A DELIBERATE INDIFFERENCE
TO THE PRE-TRIAL DETAINEES IN DIVISION 9 OF
THE COOK COUNTY DEPARTMENT OF CORRECTIONS' HEALTH
AND SAFETY.

THE [SHERIFF'S] [DIRECTOR, LT, ERT, SGT, CRW,
CCSO, CCDOC, DEPUTY] OFFICIAL CAPACITY
NO WE ARE SLEEPING ON [COTTON] THAT CAN
NOT BE CLEAN OR DISINFECT AT ALL... WE HAVE
DID ADMINISTRATIVE REMEDIES, THE GRIEVANCE
SYSTEM IN CCDOC IS UNFAIR AN POINTLESS....
WE ARE BEING PUNISHED WE ARE [PRETRIAL]
DETAINEES AN [CCDOC, CCSO, SHERIFF, DIRECTOR,
LT, ERT, SGT CRW DEPUTY] OFFICIAL CAPACITY
IS VIOLATE THE DUE PROCESS CLAUSES OF
THE U.S CONSTITUTION.

ALSO ON 7-29-2019 CCSO, DEPUTY, ERT, LT, SGT,
OFFICIAL CAPACITY LET A [DOG] GET ON ARE
COTTON SHEETS, BLANKETS AN TOLD ALL INMATE
TO DO A GRIEVANCE... I DID A GRIEVANCE AN
ASK FOR ALL ERT. [BWC] CAMERA TO SAVE
AN THE 10 CAMERA, TO SAVE ALL ERT HAVE
A BWC CAMERA

23

NO SHERIFF, DEPUTY, ERT, LT, SGT OFFICIAL HAVE NO
FIRST NAME ON SHIRT, NO CRW HAVE NO NAME AT
ALL...

SEE ALL EXHIBITS 1 TO 16 ON THE FIRST
COMPLAINT..

SEE ALL EXHIBITS 17 TO 24 ON AMMENDING
COMPLAINL CLASS ACTION

ALL EXHIBITS RESPOND SAYING MATTRESSES HAVE
BEEN ORDERED AS OF 8-22-2019 NO NEW
MATTRESSES

WE WILL LIKE THE COURT TO ENTER AN ORDER PROVIDING
THAT THE PLAINTIFF SHALL BE APPOINTED COUNSEL,
Some OF THE PLAINTIFF CAN NOT READ OR WRITE Some
HAVE Mental illness And History.. I NO I DO YOU can SEE
JUST ASK GETTIEMaI OR MY Federol PO OR federal
ATTorney OR I WIll Send iT TO YOU MY History Some
One WRITE THIS FOR US, THANK you
THIS IS WHAT IS Going on And ccboc

24

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite
no cases or statutes.

FoR THE COURT To GRANT US JoUGEMenT AGinST All Defend-
and AND To GIVE US NEW MATTress, AN 1,000 A Day
FoR NO MATTRESS THANKYOU

VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief. I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this  8  day of  22  , 20 20 15

Benjamin Glace

(Signature of plaintiff or plaintiffs)

BENJAMIN WILLIAMS

(Print name)

20180326177

(I.D. Number)
DIV 9 30 Po Box 089002

CHICAGO IL 60608

(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

BENJAMIN WILLIAMS
PLAINTIFF

V

THOMAS J, DART, ET AL.

1:19-CV-04050

AFFIDAVIT OF SERVICE

BENJAMIN WILLIAMS BEING DULY SWORN,
DEPOSES and SAYS THAT HE IS OVER THE AGE OF
EIGHTEEN YEARS WE ARE PUT AN THIS
AMMENDING COMPLAINL CLASS ACTION

BENJAMIN WILLIAMS
2018032617
PO BOX 089002
CHICAGO IL 60608

2B

INMATE   AFFDAUIT OF SERVICE

§ 3,
53

701. 80 CODE WE HAVE NO MATTRESS WE ARE
SLEEPING ON COTTON/IT THE COTTON/IT SMELL'S
(cotton)        (cotton) (also)
LIKE URINE AN IT'S DIRTY THIS IS NOT A
MATTRESS...     ALL PLAINTIFFS AN

1, Benjamin Williams   20180326177

2, Jamon Dantzler   20171102061

3, William Baber   20180510179

4, Lamont Dian   20180422133

5, Eric Smith   20180321174

6, Day Gay   20190114209

7, Antonio Linton   20190223193

8. Raymond Stewart   20150611256

9, Cornelious Duffie   20170205083

10, Natrell Jackson   20180706059

11, Donche Hall   20180725029

12. Luis Macedo 20170829212

13. Alfonso Carnalla Jr 20180926170 Alfonso Canalla Jr

14. Luis Ramos 7017-050-1101 Luis Ramos

15. Vincent. Davidson 2017-1228 152 Vincent Davidson

16. Enix Daniels 20180907199 Enix Daniels

17. Dontavise Sherman 2018025170

18. Jabari Williams 20140920145

19. Porfirio Perez 20181024213 Porfirio Perez

20. LUIS CASTANEDA 20190104147

21. Jesse Lee 20180213188

22. Jeremiah Holt 20161108066

23. Marcus Lucious

24. Jose Pestrana 20180901044

25. Miguel A Flores 20170807198

26. Anthony Robinson
#2019010100

27. Antwan Elliott 20150324214

28. Damien L. Williams
Damien L. Williams - 20190119123

29. Devon Smith 20190417180

30. Devin Aldridge 20140809127, Devin Aldridge

31. Ryan Rodgers 20180913015 Ryan Rodgers

32. Marcos Malvais 20180413219

33. Blaize Dean 20180524165 Blaize Dean

34. Desmond Thompson ID# 20150120084

35. Jarred Shelton 20171019006

36. Yaki Lee 20170719065

37. Williard Wright 20170505133

38. Anthony Cross 20160819098

39. DESHAUN JOHNSON ID#20150220145

40. Joseph Jackson 2018090327

41. David Maldonado 20170707148

42. Pedro Ramirez 20180517020

43. Juan Alberto Caro Macin 20190412071

44. Osvaldo Arias 20171020122

45. Jeremiah Nieves 20160226217

46. William Pacheco 20170223088

47. christian mcBride 20170904111

48. Victor Torres 20130215016

49. Vicente Mendoza 20151219115

50. DAngelo Garzia 20170310133

51. Timothy mitchell

52. Shawndre Lehman 20170206181

53. Antonio Hicks 20170225140

DIV 9
MAX
1, C

# AFFIDAVIT OF SERVICE FOR PLAINTFF,

WE HAVE NO MATTRESS, WE ARE SLEEPING ON
COTTON THIS COTTON CAN NOT BE CLEANED OR
DISINFECTED THIS PIECES OF COTTON HAVE NO
PLASTIC, THIS PIECES OF COTTON IS CONSTANTLY
DRAGGED AROUND THE FLOOR AS EACH DETAINEE
MOVE THROUGHOUT THE COMPOUND, COLLECTING DUST,
DIRT, AND OTHER FORMS OF BACTERIA THAT CAN'T
BE REMOVED, THESE COTTON CAN CONTAIN T.B. MERSA,
AND OTHER BACTERIA THAT CAN LEAD TO SKIN CANCER
AN SICKNESSES THAT IS THE RESULT OF NOT BEING ABLE
TO CLEAN AN DISINFECT, WE All HAVE DID
GRIEVANCE,

1, BENJAMIN WILLIAMS   20180326177
2, LAVELLE HAYES   20161105039
3, DARIOM SIMMONS   20180516190
4, Mr. Ricket Royal   20140928047
5, MARCAE ROGERS   20141229158
6, Robert Stone   20110813034
7, Michael LASTER   20150904285
8, Corey Stewart   20150116289
9, George Anderson   20160930114
10, Deon Clopton   20161203194
11, Samuel muller   2016022006
12, Jaquan Washington   20190403158
13, Gerrase Pruitt   20170924015
14, Raymond McClure   20190228210
15, Anthony Timberlake   20160918019

16  Antonio Henderson 20180419201
17  Deangelo Owens 20140911248
18  ALLEN RADFORD 20180704177
19  Ricky Fisher
20  Milton Cincherson 2015-1223245
21  Ronald Williamson 2015/221003
22  Anthony Davis 20141004093
23  Corey Skiner 2019012025
24  Kenneth Bagby 20180201107 ✓
25  DESHAWN Brown 20171107010 ✓
26  Manvel Gama 2016-0722204 ✓
27
28
29
30
31

-OIV 5
MAX

2 0

# AFFIDAVIT OF SERVICE FOR PLAINTFF,

WE HAVE NO MATTRESS, WE ARE SLEEPING ON
COTTON THIS COTTON CAN NOT BE CLEANED OR
DISINFECTED THIS PIECES OF COTTON HAVE NO
PLASTIC, THIS PIECES OF COTTON IS CONSTANTLY
DRAGGED AROUND THE FLOOR AS EACH DETAINEE
MOVE THROUGHOUT THE COMPOUND, COLLECTING DUST,
DIRT, AND OTHER FORMS OF BACTERIA THAT CAN'T
BE REMOVED, THESE COTTON CAN CONTAIN T.B. MERSA,
AND OTHER BACTERIA THAT CAN LEAD TO SKIN CANCER
AN SICKNESSES THAT IS THE RESUIT OF NOT BEING ABLE
TO CLEAN AN DISINFECT,

| | | |
|---|---|---|
| 1, | BENJAMIN WILLIAMS | 20180326177 |
| 2, | Isreal Taylor | 20190306183 |
| 3, | CARL WILSON | 20180804070 |
| 4, | Eric GATES | 20180717035 |
| 5, | Reginald Bivins | 2018050144 |
| 6, | Matthew, Angelo | 12.1108-045 |
| 7, | Barry Smith | 20180609103 |
| 8, | Curtis Nelson | 20180104003 |
| 9, | Solomon Kinerman | 20180926211 |
| 10, | Deiontaye Haynes | 20170709156 |
| 11 | Levert bonner | 2019-0423249 |
| 12, | Upton Jarquise | 2018-0728012 |
| 13 | Drew Logan | 20180110128 |
| 14 | Germel Dossie | 2015/229/05 |
| 15, | Diamante Kazee | 20180317133 |
| 16 | Victor Wilson | 20130425054 |

16, Bell, Tyrese 20150112168

17, Leonard Small 20130515182

18, THADDEUS JIMENEZ #2015-0819195

19, PAUL PAJGAN ## 2016-0927195

20,

Lexis Advance®
Research

$E X H I B I T S$   /

Document: 20 Ill. Adm. Code 701.80

## 20 Ill. Adm. Code 701.80

### Copy Citation

U.S. BROSHIZOLN D-/2010 E5/1705W9 SZOOO VIEM 13... .1/ 8

Illinois Administrative Code    TITLE 20. CORRECTIONS, CRIMINAL, JUSTICE, AND LAW
ENFORCEMENT    CHAPTER I. DEPARTMENT OF CORRECTIONS    SUBCHAPTER E
COUNTY STANDARDS    PART 701. COUNTY JAIL STANDARDS

### § 701.80 Housing

a) Cell and Detention Room Space

1) At least 50 square feet of floor space shall be provided in each cell, with a minimum ceiling height
of eight feet.

2) At least 64 square feet of floor space shall be provided for each detention room with a minimum
ceiling height of eight feet.

3) With regard to existing facilities built prior to July 1, 1980, the Department will not initiate legal
action against a county if the only physical noncompliance relates to square footage of the individual
cell or detention room.

b) Cell or Detention Room Occupancy

All existing cells and detention rooms should be designated for a maximum of double occupancy (two
detainees per cell or detention room).

c) Cell or Detention Room Equipment

Each cell or room shall be equipped with:

1) A rigidly constructed metal bed, with a solid or perforated metal bottom, securely anchored to the
floor or wall or a concrete sleeping surface; a flame-retardant mattress with no inner springs; staph-
check mattress covering; and bed covers suitable to the season. A sleeping surface constructed of
concrete may only be used if the construction design is approved in advance by the Department. In

determining whether to approve design of concrete beds, the Department will consider, among other matters, the architectural design, whether the concrete is solid, whether beds would be constructed in a manner that would not affect heating of the cell, whether the height and measurements are similar to a standard jail bed, and whether the location of the bed would restrict detainee movement.

2) A washbasin with piped hot and cold water.

3) A prison type toilet.

4) Illumination sufficient to assure comfortable reading at desk level (at least 20 foot-candles illumination at a height of three feet above the floor). Light fixtures shall be tamper proof.

d) Dormitory Space

1) A dormitory is defined as a multiple occupancy room that is designed to hold more than two detainees who are screened prior to admission for suitability to group living.

2) Floor space for dormitories shall be determined by the number of detainees each individual dormitory is designated to house.

A) At least 50 square feet of floor space shall be provided per occupant.

B) There shall be a clear floor to ceiling height of not less than eight feet.

e) Dormitory Occupancy

1) The measures outlined in Section 701.70 shall be followed prior to placement in a dormitory.

2) Dormitories are to be utilized exclusively for persons who are suitable for group living. It is suggested that the most likely candidates for dormitory style living are work releasees, weekenders, trustees, and sentenced misdemeanants (after intensive screening).

f) Dormitory Room Equipment

Each dormitory shall be equipped with:

1) A bed for each detainee made of rigidly constructed metal, with a solid or perforated metal bottom; the bed shall be securely anchored to the floor or wall.

2) A washbasin with piped hot and cold water for every eight occupants. A supply of disposable drinking cups shall be provided if the washbasin is not drinking fountain equipped.

3) A prison type toilet for every eight occupants.

4) A shower with piped hot and cold water for every eight occupants.

5) Illumination sufficient to assure comfortable reading at desk level (at least 20 foot-candles at a height of three feet above the floor). Light fixtures shall be tamper proof.

6) Securely anchored metal tables and chairs or benches. Tables and chairs do not have to be securely anchored in direct supervision units provided that alternatives would not affect the safety and security of the facility or individuals. Adequate seating shall be provided for detainees.

g) Accessibility

Cells or detention rooms shall conform to current building and accessibility codes. This standard is waived for existing structures.

**h)** Day Room

Day rooms provide a place for meals to be eaten outside individual cells or detention rooms and for other approved activities.

1) For existing structures, a day room area containing no less than 35 square feet must be provided in conjunction with each cell block or detention room cluster. For new structures or major renovations of existing cell blocks or detention room clusters, a day room area containing no less than 35 square feet per cell or detention room must be provided in conjunction with each cell block or detention room cluster.

2) Each day room shall be equipped with securely anchored metal tables and chairs or benches. Tables and chairs do not have to be securely anchored in direct supervision units provided that alternatives would not affect the safety and security of the facility or individuals. Adequate seating shall be provided for detainees.

**i)** Showers

Showers shall be provided in each cell block area.

**j)** Mirror

Cells and detention rooms shall contain a metal mirror anchored securely to the wall.

**k)** Ventilation

Detention areas shall be comfortably heated and cooled according to the season with a system designed to eliminate disagreeable odors and to routinely provide temperatures within the normal comfort zone.

**l)** Compliance

1) All requirements of a physical nature shall be complied with by the jails. However, if the Department has previously given written approval for final architectural plans for new construction or remodeling, new standards of a physical nature will not be enforced.

2) Noncompliance relating to physical conditions that adversely affect the treatment of detainees with respect to their health and safety may be considered for further action under the provisions of Section. 3-15-2(b) of the Unified Code of Corrections [ ....... ].

**m)** Variances

1) Variances connected with physical requirements may be granted by the Director of the Department for existing facilities for a specific period of time. Variance expiration dates will be determined at the time granted. Variance requests of an administrative nature will not be granted. In determining whether to grant a variance, the Department will consider, among other factors, the nature of the standard, previous noncompliance, the cost, the population, the alternative means of complying with the intent of the standard, the length of time requested for the variance, the consequences if the variance is not granted, and the safety and security of the facility or individuals.

**2)** The variance request must be in writing, signed by the sheriff, and pertain to a specific standard. The request must describe the reasons for the variance; the period of time for the variance; any hardship the facility might experience by complying with the standard; plans to be implemented to eventually comply with the particular standard; and a statement that the variance would not adversely affect the health and safety of detainees or security of the jail.

**3)** The approval or denial of a variance request will be returned by letter to the requesting governmental agency.

**4)** The Director of the Department, at his or her discretion, may grant a renewal of the variance provided documentation is received from the governing body that indicates a good faith effort on its part to effect necessary actions to comply with the standard in question.

**n)** Architectural Plans.

Prior to new construction or remodeling, plans of detention facilities must be submitted to the Department for review and approval to ensure the physical plant conforms to the Department's construction standards.

**1)** The architect's preliminary drawings and final plans and specifications must be submitted to the Department.

**2)** To determine compliance with the requirements of the State of Illinois Executive Order 2006-5, Construction Activities in Special Flood Hazard Areas, a copy of the effective Federal Emergency Management Agency floodplain map clearly identifying the building site location and a statement of floodplain determination from an architect or engineer must be submitted to the Department.

**3)** Subsections (c)(1), (3) and (4), (f)(6) and (h)(2) may be waived for those facilities exercising the Direct Supervision Option, as described in Section 701.130(a)(1), provided that alternatives would not affect the safety and security of the facility or individuals.

## History

### SOURCE:

Amended at 12 Ill. Reg. 12274, effective October 1, 1988.
Amended at 21 Ill. Reg. 3835, effective April 1, 1997.
Amended at 28 Ill. Reg. 13729, effective October 1, 2004.
Amended at 38 Ill. Reg. 18859, effective October 1, 2014

▼ Annotations

EXHIBIT 2

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

CONTROL NUMBER: 2019040653   INMATE #: 0486546

INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

INMATE LAST NAME: WILLIAMS   INMATE FIRST NAME: BENJAMIN   ID Number: 2018032G177

GRIEVANCE ISSUE AS DETERMINED BY CRW: LIVING CONDITION (MATTRESS)

IMMEDIATE CRW RESPONSE (if applicable):

CRW/ REFERRED THIS GRIEVANCE TO: SUPT D.IV-9   DATE REFERRED: 5/9/19

RESPONSE BY PERSONNEL HANDLING REFERRAL
MATTRESSES HAVE BEEN ORDERED AND WILL BE DISTRIBUTED WHEN RECEIVED. THANK YOU FOR YOUR PATIENCE.

PERSONNEL RESPONDING TO GRIEVANCE (Print): G. ALEXANDER   SIGNATURE   DIV./DEPT. 9   DATE: 5/15/19

THIS SECTION IS TO BE COMPLETED BY INMATE
INMATE SIGNATURE: BENJAMIN WILLIAMS   DATE RESPONSE WAS RECEIVED: 5/17/2019

INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)
THIS SECTION IS TO BE COMPLETED BY INMATE

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

DATE OF INMATE'S REQUEST FOR AN APPEAL: 5/17/19
INMATE'S BASIS FOR AN APPEAL: Do you sleeping on Dirty Cotton.

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?   Yes ☐   No ☑
INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: Re: Administration. Mattresses are ordered and will be issued once available, if you request a new one.

INMATE SERVICES DIRECTOR/DESIGNEE   SIGNATURE   DATE: 5/21/19

THIS SECTION IS TO BE COMPLETED BY INMATE
INMATE SIGNATURE: Benjam Willer   DATE APPEAL RESPONSE WAS RECEIVED: 5/23/2019

(FCN-40b) (AUG 16)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|

| ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! | (! Para ser llenado solo por el personal de Inmate Services !) |
|---|---|
| ☐ Emergency Grievance ☐ Grievance ☐ Non-Compliant Grievance | ☐ Cermak Health Services ☐ Superintendent:_____ ☐ Other:_____ |

| PRINT - INMATE **LAST NAME** (Apellido del Preso): | PRINT - **FIRST NAME** (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del Preso): |
|---|---|---|
| WILLIAMS | BENSunin | 20180326177 |

| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
|---|---|---|
| 9 | 3 D | 4-3-2019 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: Inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales per féricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Horad del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 4-3-2019 | #11 Day MIdNight | 30 | CRW TYLER CCDOC CCSO THOMAS JOHN 7 |

I HAVE NO MATTRESS... WE Are SLEEPING on cotton
The cotton SmELL LikE uNriE And is DirTy.
701 BO codE / cER

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) | INMATE SIGNATURE: (Firma del Preso): |
|---|---|
| CArriera An 41 inmATE. | Beshonnu Willim |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| | | |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-73)(NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE** EXHIBITS 4
*(Oficina Del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| 20903535 | 048654 |

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| William | BENJAMIN | 2018 0326717 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: MS Juvenile Conditions (MATTRESS)

IMMEDIATE CRW/ RESPONSE (If applicable): N/A

CRW/ REFERRED THIS GRIEVANCE TO *( Example: Superintendent, Cermak Health Services )*: SUPT. DIV.9

DATE REFERRED: 4 / 9 / 19

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

MATTRESSES HAVE BEEN ORDERED AND WILL BE DISTRIBUTED WHEN RECEIVED. THANK YOU FOR YOUR PATIENCE.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| G. CALDERONE | | 9 | 4 / 10 / 19 |

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

INMATE SIGNATURE *(Firma del Preso)*: Benjamin William

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* 4 / 12 / 2018

**INMATE'S REQUEST FOR AN APPEAL** *( Solicitud de Apelación del Preso)*
**THIS SECTION IS TO BE COMPLETED BY INMATE!**

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
*(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso:)* 4 / 12 / 2018

INMATE'S BASIS FOR AN APPEAL: *(Base del preso para una apelación:)* When is IT Policy / for us To Not have MATTReSSES

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes *(Sí)* ☐ No ☑
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decision o recomendación por parte del administrador o/su designado(a):)*
There is no such policy and stated in your Appeal. ORIGINAL RESPONSE STANDS.

| INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a)):* | SIGNATURE *(Firma del Administrador o/su Designado(a)):* | DATE *(Fecha):* |
|---|---|---|
| CC 28 | | 15 19 |

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

INMATE SIGNATURE *(Firma del Preso)*: BENJAMIN WILLIAMS

DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* 4 / 17 / 2018

(FCN-40b) (AUG 15)     (WHITE COPY – INMATE SERVICES)     (YELLOW COPY – C.R.W.)     (PINK COPY – INMATE)



EXHIBITS 5

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|
|  |  |

| THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! | (! Para ser llenado solo por el personal de Inmate Services !) |
|---|---|
| ☐ Emergency Grievance | ☐ Cermak Health Services |
| ☐ Grievance | ☐ Superintendent: _____ |
| ☐ Non-Compliant Grievance | ☐ Other: _____ |

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del Preso) |
|---|---|---|
| WILLIAMS | BENJamin | 2018 022 127 |

| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
|---|---|---|
| 9 | 3A | 2-25-2017 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED -
DATE OF INCIDENT
(Fecha del Incidente) | REQUIRED -
TIME OF INCIDENT
(Horad del Incidente) | REQUIRED -
SPECIFIC LOCATION OF INCIDENT
(Lugar Específico del Incidente) | REQUIRED -
NAME and/or IDENTIFIER(S) OF ACCUSED
(Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 2-25-17 | 3:00 | 3A | CC DOC SC J O
Thomas S DART |

I BENJAMIN WILLIAM AND 24 INMATE ON 3A DIV9
DO NOT HAVE MATTRESS WE ARE SLEEPING ON
COTTON THE COTTON SMELL LIKE WHITE URINE
AND IS DIRTY. 70 % OF LOOF / CFR WE NEED
MATTRESS. WE ARE PRETRLAL DETAINEE.
WE WILL LIKE For YOU TO LET Thomas J
DART No WE HAVE NO MATTRE YOU CAN CAm
SEE FOR YOUR ONE CAse

| NAME OF STAFF FOR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o presos que tengan información:) | INMATE SIGNATURE: (Firma del Preso): |
|---|---|
| BENJAMIN WILLIAM 24 INMATE | Benjamin Williams |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
|  |  |  |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
|  |  |  |

(FCN-73)(NOV 17)     (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)     (PINK COPY – INMATE)



Case: 1:19-cv-04050 Document #: 1 Filed: 06/17/19 Page 30 of 51 PageID #:1

**COOK COUNTY SHERIFF'S OFFICE** EXHIBIT 3
*(Oficina Del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| 2019 01049 | 0486546 |

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| Williams | Benjamin | 20180326177 |

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 175 Living Conditions (Mattress)

**IMMEDIATE CRW RESPONSE (If applicable):** Detainee housed on tier 2C at time CRW collected

This grm. collected 1.28.19

| CRW/ REFERRED THIS GRIEVANCE TO ( *Example: Superintendent, Cermak Health Services* ): | DATE REFERRED: |
|---|---|
| Div 9 Supt | 1/29/19 |

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Mattress was sent to you on 2/2/19 by ofc Chavez.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| LT MARTIN #124 | J Martin | 9 D+T | 2/2/19 |

### THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE *(Firma del Preso)*: | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| Benjamin Williams | 2/11/2019 |

### INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso)* 2/11/19

**INMATE'S BASIS FOR AN APPEAL:** *(Base del preso para una apelación )* I have No mattress I Am sleeping on cottonit it Smell like urine it dirty This is Not A bed you can see for your on your on No one give me A mattress

| **ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** | Yes *(Si)* ☐ | No ☒ |
|---|---|---|
| *(¿Apelación del preso aceptada por el administrador o/su designado(a)?)* | | |

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del administrador o/su designado(a):)*

ORIGINAL RESPONSE STANDS

| INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a))*: | SIGNATURE *(Firma del Administrador o/su Designado(a):)*: | DATE *(Fecha)*: |
|---|---|---|
| CCKO | | 2/14/19 |

### THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE *(Firma del Preso)*: | DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| Benjamin Williams | 2/19/2019 |

| (FCN-40b) ( AUG 16) | (WHITE COPY – INMATE SERVICES) | (YELLOW COPY – C.R.W.) | (PINK COPY – INMATE) |



EXHIBITS 7

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(! Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# deident (Inscción del Preso)* |
|---|---|---|
| WILLIAM | DENTALEN | 2018 0 2 L 6 7 2 2 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
|---|---|---|
| | L U | 1 - 2 4 - 2 - 1 9 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: Inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de agoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW.)

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INODENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 1-21-2019 | 12:00 | 1E-1207 | CEDOC STAFF |

701 00 code I have no mittens I am freeting no cotton
it shell like unsit it didn't This a not A TED my Mattress
Sell The canter my use and All vanate having

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | | INMATE SIGNATURE: *(Firma del Preso)*: |
|---|---|---|
| William | DAVID Johnson | Entervel Curb |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR: *(Print)*: | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| | | |

| SUPERINTENDENT/DIRECTOR/DESIGNEE *(Print)*: | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-73) NOV 17     (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)     (PINK COPY – INMATE)





**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

EXHIBIT 8

**NON-COMPLIANT GRIEVANCE RESPONSE FORM**
*(Interno no Queja Solicitud Respuesta)*

| INMATE INFORMATION | | |
|---|---|---|
| PRINT - INMATE LAST NAME *(Apellido del Preso):* Williams | PRINT - FIRST NAME *(Primer Nombre):* Benjamin | INMATE BOOKING NUMBER *(# de identificación del Preso)* 20180326173 |
| DIVISION *(División):* 9 | LIVING UNIT *(Unidad):* 3A | INMATE'S GRIEVANCE FORM DATE *(Fecha):* 2.25.19 |
| INMATE # (SHORT #) *(# Del Preso # corto):* 0486546 | GRIEVANCE CODE *(Código de Queja)* 430 | DETERMINED BY C.R.W. *(determinado por el T.R.C/C.R.W.)* Mitchell |

**REASONS FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED RESPONSE**

Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted

☐ The grieved issue is one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
☐ The grieved issue did not occur within the last 15 calendar days nor is it an allegation of sexual assault, harassment, voyeurism, or abuse. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
☐ The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.
☐ The grieved issue is repeat submission of a grievance that previously received a response and was appealed.
☐ The grieved issue is a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
☐ Offensive or harassing language was used
☐ The grievance form contains more than one issue.
☐ The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.
☐ Other reason not listed

**RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA**

El asunto quejado no se está procesando por las siguientes razones que están marcadas debajo. El asunto quejado no se le asignará un número de control, no puede ser apelado y los remedios no se pueden agotar.

☐ El asunto de la queja es uno de los siguientes temas, que no se consideran quejas formales: Formulación de reglas del departamento, clasificación del detenido incluyendo designación del detenido, tal como riesgo de seguridad o custodia de protección para los detenidos, o decisiones del oficial de audiencias disciplinarias para los detenidos.
☐ El asunto de la queja debe haber ocurrido dentro de los 15 días calendario, y no se trata de acoso sexual, hostigamiento, voyerismo, o abuso. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
☐ El asunto de la queja no debe ser repetido de una queja que fue sometido dentro los 15 días calendarios.
☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta o ya ha sido apelada.
☐ El asunto de la queja es repeat submission de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendario.
☐ El asunto de la queja contiene lenguaje ofensivo o amenazante.
☐ La solitud de la queja contiene más de un asunto.
☐ El asunto de la queja corresponde asuntos no relacionados con la cárcel, tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.
☐ Otra razón

Please see grievance #1 2095 01049 which was filed 1.24.17 and detainee appealed - detainee received Appeal response on 2.19.19.

| NAME OF INDIVIDUAL RESPONDING *(Nombre del personal o press que tengan información:)* Mitchell | SIGNATURE OF INDIVIDUAL RESPONDING *(Firma del personal o presos que tengan información)* | DATE *(Fecha):* 3.1.19 |
|---|---|---|

| INMATE SIGNATURE | |
|---|---|
| INMATE'S SIGNATURE OF RECEIPT *(Firma de recibo del preso):* Benjamin Will | DATE RESPONSE RECEIVED *(Fecha de recibo de respuesta):* 3-7-2018 |

(FCN-40c)(AUG 16)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)



EXHIBIT 15-2

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|

| THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! | (! Para ser llenado solo por el personal de Inmate Services !) |

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de Identificación del Preso) |
|---|---|---|
| Jackson | Reginald | 201703159 |
| DIVISION (División): 9 | LIVING UNIT (Unidad): 3D | DATE (Fecha): March 22, 2019 |

**GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT**

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limit exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

**DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA**

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguna de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento, Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Horad del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 1-22-2019 | All Day and Night Time | 3D | THomas J DAYT CC DOC CCSO |

201, 20/GER CODE WE HAVE NO MATTRESS WE ARE SLEEPING
ON COTTON IT SMELL like URINE AN IT DIRTY This is Is
NOT A PAD OF MATTRESS... WITNESSE 41 INMATE AN The
CAMERA.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) CAMERA AN 41 INMATE | INMATE SIGNATURE: (Firma del Preso): Reginald Jackson |
|---|---|

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: 3-21-9 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-40a)(AUG 16)    (WHITE COPY - INMATE SERVICES)    (YELLOW COPY - CRW/PLATOON COUNSELOR)    (PINK COPY - INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| 20190315 9 | 668128 |

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| JACKSON | REGINALD | 2017031599 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: Living Conditions/ Mattress

IMMEDIATE CRW RESPONSE (if applicable):

CRW/ REFERRED THIS GRIEVANCE TO — *( Example: Superintendent, Cermak Health Services )*: Supt. DIV-9

DATE REFERRED: 3/28/19

### RESPONSE BY PERSONNEL HANDLING REFERRAL

MATTRESSES HAVE BEEN ORDERED AND WILL BE DISTRIBUTED WHEN RECEIVED. THANK YOU FOR YOUR PATIENCE

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| G. CALDERONE | | 9 | 3-25-19 |

### THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE *(Firma del Preso)*: | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| Reginald | 8/1/19 |

### INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*
### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 61794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso:)* ___/___/___

INMATE'S BASIS FOR AN APPEAL: *(Base del preso para una apelación:)*

| ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? | Yes *(Sí)* ☐ | No ☐ |
|---|---|---|
| *(¿Apelación del preso aceptada por el administrador o/su designado(a)?)* | | |

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decision o recomendación por parte del administrador o/su designado(a).)*

| INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a))*: | SIGNATURE *(Firma del Administrador o/su Designado(a).)* | DATE *(Fecha)*: ___/___/___ |
|---|---|---|

### THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE *(Firma del Preso)*: | DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* ___/___/___ |
|---|---|

(16) | (WHITE COPY – INMATE SERVICES) | (YELLOW COPY – C.R.W.) | (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|

THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(I Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de Identificación del Preso) |
|---|---|---|

| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
|---|---|---|

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Horad del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|

I HAVE NO MATTRESS I AM sleeping on cottonis it in it like unjic 7x1.30 code or CFR

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: | INMATE SIGNATURE: (Firma del Preso): |
|---|---|

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|

(FCN-73)(NOV 17) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| 2019 03151 | 796944 |

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** *(Apellido del Preso):* WILLIAMS

**INMATE FIRST NAME** *(Primer Nombre):* DAVIER

**ID Number** *(# de Identificación):* 20190119123

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** LIVING CONDITIONS (MATTRESS)

**IMMEDIATE CRW RESPONSE** *(If applicable):*

**CRW/ REFERRED THIS GRIEVANCE TO** *(Exemple: Superintendent, Cermak Health Services ):* SUPT DIV-9

**DATE REFERRED:** 3, 28, 19

### RESPONSE BY PERSONNEL HANDLING REFERRAL

MATTRESSES HAVE BEEN ORDERED AND WILL BE DISTRIBUTED WHEN RECEIVED. THANK YOU FOR YOUR PATIENCE.

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** A. BALDERRONE

**SIGNATURE:**

**DIV./DEPT.** 9

**DATE:** 3, 25, 19

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso):* Davier A. Williams Jr.

**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* 4, 1, 19

### INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*
### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
*(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* ___ / ___ / ___

**INMATE'S BASIS FOR AN APPEAL:** *(Base del preso para una apelación:)*

### ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?     Yes *(Si)* ☐     No ☐
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decision o recomendación por parte del administrador o/su designado(a):)*

**INMATE SERVICES DIRECTOR/DESIGNEE** *(Administrador o/su Designado(a)):*

**SIGNATURE** *(Firma del Administrador o/su Designado(a)):*

**DATE** *(Fecha):* ___ / ___ / ___

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso):*

**DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* ___ / ___ / ___

| (FCN-40b) ( AUG 16) | (WHITE COPY – INMATE SERVICES) | (YELLOW COPY – C.R.W.) | (PINK COPY – INMATE) |
|---|---|---|---|

**(Oficina del Alguacil del Condado de Cook)**

| | CONTROL # | INMATE ID # |
|---|---|---|

# INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! | *( ! Para ser llenado solo por el personal de Inmate Services !)* |
|---|---|
| ☐ Emergency Grievance | ☐ Cermak Health Services |
| ☑ Grievance | ☐ Superintendent: _____ |
| ☐ Non-Compliant Grievance | ☐ Other: _____ |

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| LUCIOUS | Marcus | 20180127163 |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| 9 | 3A-3131 | 3-6-19 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: Inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solicitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales per féricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| All Day All Night | | 3A | THOMAS J DART CCDOC CCSO |

701.80 /CFR CODE 26 INMATE WE HAVE No MATTRESS
WE ARE SLEEPING on COTTon iT SMELL like unric AN
iT DICTY THIS is NoT A pEDof MATTRESS. THE cAmcrA
is ABE Witness= ANO All 26 INMATE

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso)*: |
|---|---|
| 26 INMATE AN THE CAMERA | Marcus Lucious |

| SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION. | | |
|---|---|---|
| CRW/PLATOON COUNSELOR (Print): M.T. | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: 3.7.19 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-73)(NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

EXHIBIT 5

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

| CONTROL # | | INMATE ID # |
|---|---|---|

| [ THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ] | (! Para ser llenado solo por el personal de Inmate Services !) |
|---|---|
| ☐ Emergency Grievance | ☐ Cermak Health Services |
| ☐ Grievance | ☐ Superintendent: |
| ☐ Non-Compliant Grievance | ☐ Other: |

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de Identificación del Preso): |
|---|---|---|
| | | 18051011 |

| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
|---|---|---|
| | 3H 333 | |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grieving issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solicitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha de Incidente) | REQUIRED - TIME OF INCIDENT (Hora del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| CN GC JMCT | EVERY EVENING 9-10-18 | DIN 4 - MULTIPLE TIMES | C.C.D.O.C |

I HAVE BEEN SLEEPING ON COTTON SINCE 9-10-18
I NEED A REAL BED I HAVE NOTIFIED STAFF AND
NOTHING HAS BEEN DONE THIS IS UNACCEPTIBLE
THE COTTON IS NASTY AND I BELEIVE BUG
INFESTED THIS IS INHUMANE LIVING CONDITIONS
PLEASE HELD

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información.) | INMATE SIGNATURE: (Firma del Preso): |
|---|---|
| RASHAD WILLIAMS 2016/207002 | |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| | | 7.15 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-73) NOV 17     (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

CONTROL #

INMATE ID #

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (! Para ser llenado solo por el personal de Inmate Services !)

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del Preso): |
|---|---|---|
| WILLIAMS | BENJAMIN | 20180326177 |
| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
| 9 | 30 | 5-15-2018 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Horad del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 5-15-2018 | All Day All Night | 30 | CCDOC CCSO CrW.All Thomas SOarT John Mueller |

701 80 CODE CFR WE HAVE NO MATTRESS I AM
SLEEPING On COTTon ThE COTTon SmEll LiKE UNnisc
An is DirTY

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o presos que tengan información:)

S3 INDATE

INMATE SIGNATURE: (Firma del Preso):

_Benjamin Williams_

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| CMM TAYLOR | _Taylor_ | 5-14-19 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-73)(NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|

| THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! | *( ! Para ser llenado solo por el personal de Inmate Services !)* |
|---|---|
| ☐ Emergency Grievance | ☐ Cermak Health Services |
| ☐ Grievance | ☐ Superintendent: _____ |
| ☐ Non-Compliant Grievance | ☐ Other: _____ |

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de Identificación del Preso)* |
|---|---|---|
| WILLIAMS | BENJAMIN | 20180322L173 |
| **DIVISION** *(División):* | **LIVING UNIT** *(Unidad):* | **DATE** *(Fecha):* |
| 30 | 30 | 4-R9-2019 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solicitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 4-27-2019 | All Day All Night | 3D | CC Doc CCSo THomas J OArt |

WE HAVE No MATTRESS WE Are SLeePING on coTTon
THE coTTon SmeLL LiKe UnFIC An is DirTY
701 80 CODE CFR

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre de personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso):* |
|---|---|
| CAngeA An S3 InDATe | Benlamin L Ar |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR *(Print):* | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| TAYLOR | TAYLOR | 5-9-19 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE** *(Print):* | **SIGNATURE:** | **DATE REVIEWED:** |

(FCN-73)(NOV 17)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Matthews | Nathan | 20112-1516 e |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 1 | 16 - 10435 e H | 2/14/19 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grievance issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 2/14/19 | 9am | Div. 1 16-1043 cell SMU | Officers and Sergents working SMU |

This grievance is in regards to the living conditions of Div. 1 hole AKA SMU. I've been on this unit going 4 weeks not once have we detainees been offered clothing exchange, sheet and blanket exchange, cleaning supplies or chem. from mop bucket down, [unclear] to clean out cells, toilet brush to clean our toilet. None of these been provided to us. Rockstole - we asked multiple times, nothing been done. I am sleeping on a very thin piece. The living conditions is inhuman. Video footage from the last 30 x 4 weeks would show that nothing I say is lie nor given to us. [unclear]

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE : *(Firma del Preso):* |
|---|---|
| | |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| C KW TYLOA | TYLOA | 2-15-19 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-40a)(AUG 16)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| 3190191 | 630362 |

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME (Apellido del Preso): MATTHAN | INMATE FIRST NAME (Primer Nombre): NATHAN | ID Number (# de Identificación): 20180215126 |
|---|---|---|

GRIEVANCE ISSUE AS DETERMINED BY CRW: Living Conditions/Cleaning Supplies/Address

IMMEDIATE CRW RESPONSE (if applicable):

CRW/ REFERRED THIS GRIEVANCE TO ( *Example:* Superintendent, Cermak Health Services ): SUPT DIV-9

DATE REFERRED: 2 / 18 / 19

## RESPONSE BY PERSONNEL HANDLING REFERRAL

An inspection of detainee cell conducted by Sgt Turner (Aux designated). Detainees assigned bunk is occupied by an intact cotton foam vinyl encased mattress. Detainees is in an area to be in possession of cleaning supplies at per protocol. Cells are cleaned and sanitized by building workers on a regular basis.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): V. Ajanicun | SIGNATURE: | DIV./DEPT.: CCDOC Div 9-UM | DATE: 2 / 20 / 19 |
|---|---|---|---|

### THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE (Firma del Preso): | DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) 2 / 12 / 19 |
|---|---|

## INMATE'S REQUEST FOR AN APPEAL ( *Solicitud de Apelación del Preso* )
### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso):* 2 / 12 / 19

INMATE'S BASIS FOR AN APPEAL: (Base del preso para una apelación:)

The cell that I've seen has not been cleaned at all cleaning supplies has not been passed in the sodays. I was told also clothing exchange has not been done in the 4 weeks that I was there as well as there are no blanzet exchange which is very unsafe and likely Camra footage will show that nothing has come in 4 weeks will notify DOJ

## ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes (Si) ☐  No ☐
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decision o recomendación por parte del administrador o/su designado(a):)

Original response to stand

| INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)): M Nelle | SIGNATURE (Firma del Administrador o/su Designado(a):): | DATE (Fecha): 2 / 25 / 19 |
|---|---|---|

### THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE (Firma del Preso): | DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) / / |
|---|---|

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | | INMATE ID # |
|---|---|---|
| | | |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !   *(! Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:_____
☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| WILLIAMS | BENJAMIN | 20180326,77 |
| **DIVISION** *(División):* | **LIVING UNIT** *(Unidad):* | **DATE** *(Fecha):* |
| 9 | 10 | 7-29-2019 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyeurism. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 7-29-2019 | DO NOT HAVE A WATCH No clocks on wall | 10 DIV 9 | CCOC ECSO All DEPUTY |

on 7-29-2019 CCSO come on 10 with a DOG, The DOG Get
on one cotton, And sheets, blankets, THE CCSO DEPUTY SAY
Do A Grievance,

SAVE CAMARA

of DOG On COTTON

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE : *(Firma del Preso):* |
|---|---|
| CAMARA Save | Benjamin Williams |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| CRCU S M.Ner | *(signature)* | 7/30/2019 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-73)(NOV 17)    (**WHITE COPY** – INMATE SERVICES)   (**YELLOW COPY** – CRW/PLATOON COUNSELOR)    (**PINK COPY** – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| PRBDCF 0486546 | |

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** *(Apellido del Preso)*: Williams

**INMATE FIRST NAME** *(Primer Nombre)*: Benjamin

**ID Number** *(# de Identificación)*: 20IX0826I77

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 5 34- Security Procedures (all search/lockdown)

**IMMEDIATE CRW RESPONSE (if applicable):**

**CRW/ REFERRED THIS GRIEVANCE TO** ( *Example: Superintendent, Cermak Health Services* ): D.O.C. Admin

**DATE REFERRED:** 7/31/2019

## RESPONSE BY PERSONNEL HANDLING REFERRAL

Per DOC Admin- See attached

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Sgt. E Woedl #5

**SIGNATURE:**

**DIV./DEPT.:** 1.S

**DATE:** 8/1/19

## THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso)*: Benjamin Cohn

**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)*: 8/2/2019

## INMATE'S REQUEST FOR AN APPEAL ( *Solicitud de Apelación del Preso* )

### THIS SECTION IS TO BE COMPLETED BY INMATE!

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

RENEE MIDD:
cotton

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* 8/2/2019

WHY WAS A DOG ON ARE SAVE CAMARA
AND SAVE (DWC) CAMARE OF ERT

## ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes *(Si)* ☐ No ☐
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decision o recomendación por parte del administrador o/su designado(a):)*
After careful
2nd Review - R/Div WAS unable to substantiate inmate
allegation - original response to stand

**INMATE SERVICES DIRECTOR/DESIGNEE** *(Administrador o/su Designado(a))*: J. Muell

**SIGNATURE** *(Firma del Administrador o/su Designado(a))*:

**DATE** *(Fecha)*: 8/9/19

## THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso)*: Benjamin Cohn

**DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)*: 8/12/2019



COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Williams | BENJamin | 20180326177 |
| DIVISION *(División):* 9 | LIVING UNIT *(Unidad):* ShU | DATE *(Fecha):* 6-3-2019 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| Ongoing on solms 5-30-2019 | DO NOThive WatcH | 16 ShU | S, REYES, D ZIMNY, O, VALENTIN CALDEROUE I BANKA, DORAN, MARTIEZ W HAMPTON JOHN MUELLER ccDoc, ccSo, |

CITIZEN BENJamin Williams AN 53 cITIZEN OO NoT HAVE MATTRESS
WE ARE SLEEPING on coTTon THE coTTon Smell Like urine and is
DirTY 70L-80 coDE This PieCes of coTTon is constanThy Dragged around
The Floor AS EACh Detainee move ThroughouT The comPound, collecTing
OusT, DirT and oTher Forms of BacTeria That can'T De removed
We are PreTrial cITIZEN

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* All Inmate | INMATE SIGNATURE: *(Firma del Preso):* Benjamin Williams |
|---|---|
| All of cc Doc cc So a well And The c Amera | |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): C NO TAYLOR | SIGNATURE: TAYLOR | DATE CRW/PLATOON COUNSELOR RECIEVED: 6-5-19 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-73)(NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## NON-COMPLIANT GRIEVANCE RESPONSE FORM
*(Interno no Queja Solicitud Respuesta)*

### INMATE INFORMATION

| PRINT - INMATE **LAST NAME** *(Apellido del Preso)*: | PRINT - **FIRST NAME** *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| WilliAMS | BENJAMIN | 2018 0326177 |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **INMATE'S GRIEVANCE FORM DATE** *(Fecha)*: |
| 9 | 1-G | 6-3-19 |
| **INMATE # (SHORT #)** *(# Del Preso (# corto))*: | **GRIEVANCE CODE** *(Código de Queja)* | **DETERMINED BY C.R.W.** *(determinado por el T.R.C/ C.R.W.)* |
| 0486546 | 430 | CNJ/TAYLOR |

### REASONS FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED RESPONSE

**Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted**

☐ The grieved issue is one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
☐ The grieved issue did not occur within the last 15 calendar days nor is it an allegation is of sexual assault, harassment, voyeurism, or abuse. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
☐ The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.
☑ The grieved issue is a repeat submission of a grievance that previously received a response and was appealed.
☐ The grieved issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
☐ Offensive or harassing language was used
☐ The grievance form contains more than one issue.
☐ The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.
☐ Other reason not listed

### RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA

**El asunto quejado no se está procesando por las siguientes razones que están marcadas debajo. El asunto quejado no se le asignará un número de control, no puede ser apelado y los remedios no se pueden agotar.**

☐ El asunto de la queja es uno de los siguientes temas, que no se consideran quejas formales: Formulación de reglas del departamento, clasificación del detenido incluyendo designación del detenido, tal como riesgo de seguridad o custodia de protección para los detenidos, o decisiones del oficial de audiencias disciplinarias para los detenidos.
☐ El asunto de la queja debe haber ocurrido dentro de los 15 días calendario, y no se trata de acoso sexual, hostigamiento, voyerismo, o abuso. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
☐ El asunto de la queja no debe ser repetido de una queja que fue sometido dentro de los 15 días calendarios.
☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta o ya ha sido apelada.
☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendario.
☐ El asunto de la queja contiene lenguaje ofensivo o amenazante.
☐ La solitud de la queja contiene más de un asunto.
☐ El asunto de la queja corresponde asuntos no relacionados con la cárcel, tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.
☐ Otra razón

PLEASE READ ABOVE STATEMENT.
CRW. EXPLAIN HIS CONCERNS WILL BE FORWARDED
TO COMMAND STAFF. HOWEVER PLEASE SUBMIT
REQUEST SLIP. PLEASE REFER TO GRIEVANCE.
2019-03535

| NAME OF INDIVIDUAL RESPONDING *(Nombre del personal o presos que tengan información:)* | SIGNATURE OF INDIVIDUAL RESPONDING *(Firma del personal o presos que tengan información)* | DATE *(Fecha)*: |
|---|---|---|
| CRW TAYLOR | TAYLOR | 6-4-19 |

### INMATE SIGNATURE

| INMATE'S SIGNATURE OF RECEIPT *(Firma de recibo del preso)*: | DATE RESPONSE RECEIVED *(Fecha de recibo de respuesta)*: |
|---|---|
| BENJAMIN WilliAMS | 6-5-2019 |

(FCN-40c)(AUG 16)      **(WHITE COPY** – INMATE SERVICES)      **(YELLOW COPY** – CRW/PLATOON COUNSELOR)      **(PINK COPY** – INMATE)



COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** · *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

- ☐ Cermak Health Services
- ☐ Superintendent:_____
- ☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| WEILIANS | BENJAMIN | 20130326177 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 9 | 1D (1390) | 6-10-2019 |

**GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT**

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: Inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grievance form must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

**DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA**

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 6-7-2019 | DO NOT have A WATCH. | 1D | SGT HEINZ FLECH, D, Weyer |

THE Tier 3D Was moved To 1D my cell was opened by D, WEYER ONLY LAST
Provided on his shirt he locked cell Behind me An my cellmate and AS I
had No oTher WAY BUT To Drag THE One Thin Pieces of cotton on camera
on THE Fifth floor which contained Blood from a fight That occured on 6-3 2019
THE floor was NEVER SANitized by NO ONE AT CCDC Jail, AN THIS COTTON
is NOT A mattresses THis Pieces of cotton is constantly Dragged
around The floor as each detainee move

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso):* |
|---|---|
| 41 INMATE on CAMERA | Benben Willi |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR . (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| CRW C FWMNICKI | *(signature)* | 6/11/19 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

## NON-COMPLIANT GRIEVANCE RESPONSE FORM
*(Interno no Queja Solicitud Respuesta)*

ATC-19.01998

### INMATE INFORMATION

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| WILLIAMS | BENJAMIN | 20180326177 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | INMATE'S GRIEVANCE FORM DATE *(Fecha)*: |
|---|---|---|
| 9 | 1D (1392) | 6/10/19 |

| INMATE # (SHORT #) *(# Del Preso (# corto))*: | GRIEVANCE CODE *(Código de Queja)*: | DETERMINED BY C.R.W. *(determinado por el T.R.C/C.R.W.)* |
|---|---|---|
| 0486-546 | 430 | CRW LEWANSKI |

### REASONS FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED RESPONSE

**Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted**

☐ The grieved issue is one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
☐ The grieved issue did not occur within the last 15 calendar days nor is it an allegation is of sexual assault, harassment, voyeurism, or abuse. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
☐ The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.
☒ The grieved issue is a repeat submission of a grievance that previously received a response and was appealed.
☐ The grieved issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
☐ Offensive or harassing language was used
☐ The grievance form contains more than one issue.
☐ The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.
☐ Other reason not listed

### RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA

**El asunto quejado no se está procesando por las siguientes razones que están marcadas debajo. El asunto quejado no se le asignará un número de control, no puede ser apelado y los remedios no se pueden agotar.**

☐ El asunto de la queja es uno de los siguientes temas, que no se consideran quejas formales: Formulación de reglas del departamento, clasificación del detenido incluyendo designación del detenido, tal como riesgo de seguridad o custodia de protección para los detenidos, o decisiones del oficial de audiencias disciplinarias para los detenidos.
☐ El asunto de la queja debe haber ocurrido dentro de los 15 días calendario, y no se trata de acoso sexual, hostigamiento, voyerismo, o abuso. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
☐ El asunto de la queja no debe ser repetido de una queja que fue sometido dentro los 15 días calendarios.
☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta o ya ha sido apelada.
☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendario.
☐ El asunto de la queja contiene lenguaje ofensivo o amenazante.
☐ La solitud de la queja contiene más de un asunto.
☐ El asunto de la queja corresponde asuntos no relacionados con la cárcel, tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.
☐ Otra razón    SEE GRIEVANCE POLICY STATED ABOVE.
GRIEVANCE PREVIOUSLY ANSWERED AND APPEALED.
REFER TO GRIEVANCE CONTROL # 2019X04653
APPEALED GRIEVANCE SIGNED BY INMATE
ON 5/23/19.

HOWEVER, YOUR CONCERN(S) HAVE BEEN
FORWARDED TO COMMAND STAFF

| NAME OF INDIVIDUAL RESPONDING *(Nombre del personal o presos que tengan información:)* | SIGNATURE OF INDIVIDUAL RESPONDING *(Firma del personal o presos que tengan información)* | DATE *(Fecha)*: |
|---|---|---|
| CRW LEWANSKI | G. Lewanski | 6/12/19 |

### INMATE SIGNATURE

| INMATE'S SIGNATURE OF RECEIPT *(Firma de recibo del preso)*: | DATE RESPONSE RECEIVED *(Fecha de recibo de respuesta)*: |
|---|---|
| *[signature]* | 6-12-2019 |

(FCN-40c)(AUG 16)     **(WHITE COPY** – INMATE SERVICES)     **(YELLOW COPY** – CRW/PLATOON COUNSELOR)     **(PINK COPY** – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

CONTROL # | INMATE ID #

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:
☐ Other:

PRINT - INMATE LAST NAME *(Apellido del Preso):* Culpepper
PRINT - FIRST NAME *(Primer Nombre):* Anthony
INMATE BOOKING NUMBER *(# de identificación del Preso)* 201 718200

DIVISION *(División):* 9
LIVING UNIT *(Unidad):* 3D
DATE *(Fecha):* 5-15-2019

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* 5-15-2019
REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* DO NOT have A watch All Day
REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* 3D
REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED Hampton nuelle TYLER CCDOc John-mueller THOMAS J DART

I HAVE NO MATTRESS.. WE ARE SLEEPING on COTTON THE COTTON Smell Like Urine AND iS DirTY

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: CAMETA CD 41 ONMATE
INMATE SIGNATURE: Anthony Culpepper

CRW/PLATOON COUNSELOR (Print): CALL/ 14/LOA
SIGNATURE: T4 LOA
DATE CRW/PLATOON COUNSELOR RECEIVED: 5-23-19

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):
SIGNATURE:
DATE REVIEWED:

(FCN-73)(NOV 17) **(WHITE COPY** – INMATE SERVICES) **(YELLOW COPY** – CRW/PLATOON COUNSELOR) **(PINK COPY** – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| 20 1905667 | 783479 |

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** *(Apellido del Preso)*: DEAN

**INMATE FIRST NAME** *(Primer Nombre)*: BLAZE

**ID Number** *(# de Identificación)*: 20180524165

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** MS/LIVING CONDITIONS (MATTRESS)

**IMMEDIATE CRW RESPONSE (if applicable):**

**CRW/ REFERRED THIS GRIEVANCE TO** *(Example:* **Superintendent, Cermak Health Services ):** SUPT. DIV-9

**DATE REFERRED:** 6/5/19

### RESPONSE BY PERSONNEL HANDLING REFERRAL

MATTRESSES HAVE BEEN ORDERED AND WILL BE DISTRIBUTED WHEN RECEIVED. THANK YOU FOR YOUR PATIENCE.

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** G. CAIDEROLE

**SIGNATURE:**

**DIV./DEPT.** 9

**DATE:** 6/6/19

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso)*: Blaize Dean

**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* 06/12/19

## INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* ___/___/___

**INMATE'S BASIS FOR AN APPEAL:** *(Base del preso para una apelación:)*

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes *(Si)* ☐ No ☐
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del administrador o/su designado(a):)*

**INMATE SERVICES DIRECTOR/DESIGNEE** *(Administrador o/su Designado(a))*:

**SIGNATURE** *(Firma del Administrador o/su Designado(a):)*:

**DATE** *(Fecha)*: ___/___/___

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso)*:

**DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* ___/___/___

(FCN-40b) ( AUG 16)        **(WHITE COPY** – INMATE SERVICES)        **(YELLOW COPY** – C.R.W.)        **(PINK COPY** – INMATE)

EX HI BI

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| | CONTROL NUMBER | INMATE # |
|---|---|---|
| 2019 | 05943 | 764277 |

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** *(Apellido del Preso):* MOORE

**INMATE FIRST NAME** *(Primer Nombre):* DE JUAN

**ID Number** *(# de Identificación):* 20170703021

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 175 - LIVING CONDITIONS (MATTRESS)

**IMMEDIATE CRW RESPONSE (if applicable):** SECURITY STAFF NOTIFIED

**CRW/ REFERRED THIS GRIEVANCE TO** ( *Example:* **Superintendent, Cermak Health Services** ): 09 SUPT.

**DATE REFERRED:** 6 / 12 / 19

## RESPONSE BY PERSONNEL HANDLING REFERRAL

MATTRESSES HAVE BEEN ORDERED AND WILL BE DISTRIBUTED WHEN RECEIVED, THANK YOU FOR YOUR PATIENCE.

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** T VALDERENE

**SIGNATURE:**

**DIV./DEPT.** 9

**DATE:** 6 / 13 / 19

## THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso):*

**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* 6 / 17 / 19

## INMATE'S REQUEST FOR AN APPEAL ( *Solicitud de Apelación del Preso)*

### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* _____ / _____ / _____

**INMATE'S BASIS FOR AN APPEAL:** *(Base del preso para una apelación:)*

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes *(Si)* ☐ No ☐
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decision o recomendación por parte del administrador o/su designado(a):)*

**INMATE SERVICES DIRECTOR/DESIGNEE** *(Administrador o/su Designado(a)):*

**SIGNATURE** *(Firma del Administrador o/su Designado(a):):*

**DATE** *(Fecha):* _____ / _____ / _____

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso):*

**DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* _____ / _____ / _____



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !**    *(¡ Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del Preso) |
|---|---|---|
| Williams | Den Junin | 2018022 6177 |
| **DIVISION** (División): | **LIVING UNIT** (Unidad): | **DATE** (Fecha): |
| 9 | 1D | 7-22-2019 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related matters such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarias.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED -<br>DATE OF INCIDENT<br>*(Fecha del Incidente)* | REQUIRED -<br>TIME OF INCIDENT<br>*(Horad del Incidente)* | REQUIRED -<br>SPECIFIC LOCATION OF INCIDENT<br>*(Lugar Específico del Incidente)* | REQUIRED - S, DAVIS D, 2 Imny,<br>NAME and/or IDENTIFIER(S) OF ACCUSED D, VALENTIN<br>*(Nombre y/o Identificación del Acusado)* G. ALPEROVE |
|---|---|---|---|
| On Going<br>7-21-2019 | On Going<br>Do Not Have<br>A Watch | 1D CCDOC | IBARRA, DORAN, MARTIEZ<br>CCDOC CCSO JOHN MOELLER |

WE CITIZEN DO NOT HAVE MATTRESS WE ARE SLEEPING on COTTON THE COTTON Snell LiKe Urine and is DiRTY 701.30 code This PIeces of Cotton is conStanTly pRaggeD around the Floor AS EACH Detainee move ThroughOut The compound, ColleeTing DUST, DirT and oTher Forms of Bacteria That can'T Be removed We Are PreTrial CITIZEN

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:<br>*(Nombre del personal o presos que tengan información:)*  All InmaTe | INMATE SIGNATURE: *(Firma del Preso):* |
|---|---|
| AII CCDOC CCSO on The campus | Zenden Weber |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| | | 7/23/2019 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-73)(NOV 17)    **(WHITE COPY** – INMATE SERVICES)   **(YELLOW COPY** – CRW/PLATOON COUNSELOR)   **(PINK COPY** – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

## NON-COMPLIANT GRIEVANCE RESPONSE FORM
*(Interno no Queja Solicitud Respuesta)*

NC 1902452

### INMATE INFORMATION

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Williams | Benjamin | 20180326177 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | INMATE'S GRIEVANCE FORM DATE *(Fecha)*: |
|---|---|---|
| 9 | 11 | |

| INMATE # (SHORT #) *(# Del Preso (# corto))*: | GRIEVANCE CODE *(Código de Queja)* | DETERMINED BY C.R.W. *(determinado por el T.R.C/ C.R.W.)* |
|---|---|---|
| 04866546 | 430 | S. Miller |

### REASONS FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED RESPONSE

**Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted.**

☐ The grieved issue is one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
☐ The grieved issue did not occur within the last 15 calendar days nor is it an allegation of sexual assault, harassment, voyeurism, or abuse. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
☐ The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.
☑ The grieved issue is a repeat submission of a grievance that previously received a response and was appealed.
☐ The grievance issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
☐ Offensive or harassing language was used
☐ The grievance form contains more than one issue.
☐ The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.
☐ Other reason not listed

### RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA

**El asunto quejado no se está procesando por las siguientes razones que están marcadas debajo. El asunto quejado no se le asignará un número de control, no puede ser apelado y los remedios no se pueden agotar.**

☐ El asunto de la queja es uno de los siguientes temas, que no se consideran quejas formales: Formulación de reglas del departamento, clasificación del detenido incluyendo designación del detenido, tal como riesgo de seguridad o custodia de protección para los detenidos, o decisiones del oficial de audiencias disciplinarias para los detenidos.
☐ El asunto de la queja debe haber ocurrido dentro de los 15 días calendario, y no se trata de acoso sexual, hostigamiento, voyerismo, o abuso. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
☐ El asunto de la queja no debe ser repetido de una queja que fue sometido dentro de los 15 días calendarios.
☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta o ya ha sido apelada.
☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendario.
☐ El asunto de la queja contiene lenguaje ofensivo o amenazante.
☐ La solitud de la queja contiene más de un asunto.
☐ El asunto de la queja corresponde asuntos no relacionados con la cárcel, tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.
☐ Otra razón

Grievance previously answered and appealed
See grievances 2019 X 03535 and 2019 X 04653

| NAME OF INDIVIDUAL RESPONDING *(Nombre del personal o presos que tengan información:)* | SIGNATURE OF INDIVIDUAL RESPONDING *(Firma del personal o presos que tengan información)* | DATE *(Fecha)*: |
|---|---|---|
| CRW S. Miller | | 7/23/2019 |

### INMATE SIGNATURE

| INMATE'S SIGNATURE OF RECEIPT *(Firma de recibo del preso)*: | DATE RESPONSE RECEIVED *(Fecha de recibo de respuesta)*: |
|---|---|
| BENJAMIN WILLIAMS | 7-23-2019 |

(FCN-40c)(AUG 16)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (¡ Para ser llenado solo por el personal de Inmate Services !)

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

PRINT - INMATE LAST NAME (Apellido del Preso): PAGAN
PRINT - FIRST NAME (Primer Nombre): PAUL
INMATE BOOKING NUMBER: 2016092195

DIVISION (División): II D
LIVING UNIT (Unidad): 1 D
DATE (Fecha): 7-22-19

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

(guidelines text)

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

REQUIRED - DATE OF INCIDENT: ON GOING 7-22-2019
REQUIRED - TIME OF INCIDENT: on going DO NOT HAVE A WATCH
REQUIRED - SPECIFIC LOCATION OF INCIDENT: 1D CCDOC CCDOC
REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED: S. DAVIS, D. ZIMANY, D. VALENTIN, CALDERQUE, IBARRA, DORAN, MARTIEE CCDOC CCSO John MUELLER

WE CITIZEN DO NOT HAVE MATTRESS WE ARE SLEEPING ON COTTON The COTTON SMell like Urine and is DirTY 70LB0 CODE This Pieles of cotton is constantly dragged around The Floor AS EacH detince move Throughout The compound, collecting dust, dirt and other forms of Bacteria ThaT can't be removed We are PreTrial citizen

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
INMATE SIGNATURE: Paul Pagan

CRW/PLATOON COUNSELOR (Print): CRW S. Miller
SIGNATURE:
DATE CRW/PLATOON COUNSELOR RECIEVED: 7/23/2019
SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):
SIGNATURE:
DATE REVIEWED:

(FCN-73)(NOV 17) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Aguacil del Condado de Cook)*

| CONTROL # | INMATE ID # |
|---|---|

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| WILLIAMS | Benjamin | 2018032617? |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 9 | 10 | 7-31-2019 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grievance issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 7-29-2019 | 7-29-2019 0730 HRS | 10 | EBT SUPPORT STAFF, DEPUTY |

B. RODRIGUEZ 06, R. DIAZ, M. BREWER, D. SCHICKEL, A. GARCIA, M. FAFROWICZ
J. ARRIAGA, C. MENEFEE, C. KELLY, J. PATZ, J. PERKINS ARE EBT
IT nore DO NOT NO NAME, NO WE HAVE NO MATTRESS
WE ARE SLEEPING ON COTTON WHY AND LET A DOG
GET ON THIS COTTON. WHY!?? WILL You LET A
DOG GET ON SomeThing We SLEEPING ON
SAVE CAMELA

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso):* |
|---|---|
| All CCDOC 1c.'o EBT LT SGT CRW | Benjamin Williams |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| | | 8/1/2019 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

## NON-COMPLIANT GRIEVANCE RESPONSE FORM
*(Interno no Queja Solicitud Respuesta)*

NC 19 12543

### INMATE INFORMATION

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: Williams | PRINT - FIRST NAME *(Primer Nombre)*: Benjamin | INMATE BOOKING NUMBER *(# de identificación del Preso)*: 2018032617? |
|---|---|---|
| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: 11 | INMATE'S GRIEVANCE FORM DATE *(Fecha)*: 7-31-2019 |
| INMATE # (SHORT #) *(# Del Preso (# corto))*: 04136546 | GRIEVANCE CODE *(Código de Queja)* 420 | DETERMINED BY C.R.W. *(determinado por el T.R.C/ C.R.W.)* S Miller |

### REASONS FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED RESPONSE

Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted.

☐ The grieved issue is one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
☐ The grieved issue did not occur within the last 15 calendar days nor is it an allegation is of sexual assault, harassment, voyeurism, or abuse. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
☑ The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.
☑ The grieved issue is a repeat submission of a grievance that previously received a response and was appealed.
☐ The grieved issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
☐ Offensive or harassing language was used
☐ The grievance form contains more than one issue.
☐ The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.
☐ Other reason not listed

### RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA

El asunto quejado no se está procesando por las siguientes razones que están marcadas debajo. El asunto quejado no se le asignará un número de control, no puede ser apelado y los remedios no se pueden agotar.

☐ El asunto de la queja es uno de los siguientes temas, que no se consideran quejas formales: Formulación de reglas del departamento, clasificación del detenido incluyendo designación del detenido, tal como riesgo de seguridad o custodia de protección para los detenidos, o decisiones del oficial de audiencias disciplinarias para los detenidos.
☐ El asunto de la queja debe haber ocurrido dentro de los 15 días calendario, y no se trata de acoso sexual, hostigamiento, voyerismo, o abuso. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
☐ El asunto de la queja no debe ser repetido de una queja que fue sometido dentro de los 15 días calendarios.
☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta o ya ha sido apelada.
☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendario.
☐ El asunto de la queja contiene lenguaje ofensivo o amenazante.
☐ La solitud de la queja contiene más de un asunto.
☐ El asunto de la queja corresponde asuntos no relacionados con la cárcel, tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.
☐ Otra razón

---

Repeat Submission of grievance # 2019X07819 Collected within the last 15 calendar days.
Also Mattress issues were addressed in grievance # 2019X03535 and 2019X04653.

CRW forward your concerns to the divisional Superintent

| NAME OF INDIVIDUAL RESPONDING *(Nombre del personal o presos que tengan información:)* CRW S Miller | SIGNATURE OF INDIVIDUAL RESPONDING *(Firma del personal o presos que tengan información)* | DATE *(Fecha)*: 8/1/2019 |
|---|---|---|

### INMATE SIGNATURE

| INMATE'S SIGNATURE OF RECEIPT *(Firma de recibo del preso)*: BENJAMIN WILLIAMS | DATE RESPONSE RECEIVED *(Fecha de recibo de respuesta)*: 8-1-2019 |
|---|---|

(FCN-40c)(AUG 16)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)

BENJAMIN WILLIAMS
2018 0326177 DIVIO MAX
COOK COUNTY JAIL
P.O. BOX 089002
CHICAGO IL 60608

IT 2 EVELOPE

LEGAL MAIL

LEGAL MAIL



OFFICE OF CLERK OF THE
U.S. DISTRICT COURT
219 SOUTH DEARDORN STREET
CHICAGO IL 60604

RECEIVED

SEP 6 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



09/06/2019-21

LEGAL MAIL

LEGAL

17

LEGAL

MAIL