**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BENJAMIN WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS J. DART, *et al.,*<br><br>Defendants. | No. 1:19-cv-04050<br><br>Honorable Sara L. Ellis |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel, pursuant to their settlement agreement and to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned matter is dismissed in its entirety with prejudice and with each party to bear his or its own fees and costs, including but not limited to attorneys' fees.

Dated: June 22, 2026

Respectfully Submitted,

*/s/ Paula S. Quist*

**JONES DAY**
Paula S. Quist (6278287)
Paxton J. Lozano (6339313)
pquist@jonesday.com
plozano@jonesday.com
110 North Wacker Drive Suite 4800
Chicago, IL 60606
Telephone: 312.269.4277

*Attorneys for Plaintiff Benjamin Williams*

*/s/ JohnNetta Byers*

**Cook County State's Attorney's Office**
Johnnetta Byers (6285130)
johnnetta.byers@cookcountyil.gov
50 W. Washington St., Room 500
Chicago, IL 60602
Telephone: 312.603.6299

*Attorney for Defendants*

# CERTIFICATE OF SERVICE

I certify that on June 22, 2026, a copy of the parties' Stipulation of Dismissal was filed with the Court using the CM/ECF system, which will effectuate electronic service on all counsel of record.

/s/ *Paula S. Quist*

Attorney for Plaintiff Williams